**Dismissed and Opinion Filed November 14, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00972-CV

## IN THE MATTER OF M.N., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-23-00374-X**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Breedlove

By motion of November 9, 2023, appellant seeks dismissal of this appeal.

Appellant informs the Court that he does not wish to pursue his post-certification

juvenile appeal because his sole issue, regarding the bond issued by the trial court,

has been resolved after a hearing. Accordingly, we grant the motion and dismiss the

appeal.

/Maricela Breedlove/

230972f.p05                           MARICELA BREEDLOVE
                                      JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF M.N., A JUVENILE, Appellant

No. 05-23-00972-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas Trial Court Cause No. JD-23-00374-X.
Opinion delivered by Justice Breedlove. Justices Partida-Kipness and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 14th day of November, 2023.